UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re matter of Bong Sik Kang,            Case No.: 07-MC-0003 (DSD/JJG)

      Plaintiff.

**REPORT AND RECOMMENDATION**

JEANNE J. GRAHAM, United States Magistrate Judge

The above-entitled matter is before the Court on Plaintiff Bong Sik Kang's Petition of Name Correction (Doc. No. 1). Plaintiff states her Social Security Card and Minnesota driver's license incorrectly identify her name as "Bonk Sik Kang Chang." Plaintiff seeks the removal of the sir-name "Chang" from her Social Security Card and Minnesota driver's license so that these identifying documents reflect the same name reflected on her Naturalization Certificate and U.S. Passport, which is "Bong Sik Kang."

While it appears to the undersigned that Plaintiff has proper documentation, including identification with photographs, to indicate she is the person identified on all of these documents, there is no process in the federal District Court for accomplishing the name change Plaintiff desires. Plaintiff's request should be directed to the Minnesota state court. *Se*e Minn. Stat. § 259.10

It is unclear from the Petition whether Plaintiff resides in Ramsey County, Minnesota, or Hennepin County, Minnesota. If Ramsey County is the county of Plaintiff's residence, the Civil Litigation Service in Room 600 of the Ramsey County Courthouse, 15 West Kellogg Blvd., St. Paul, MN, 55102, has a self-help center that provides self-represented persons with instructions and limited assistance with court procedures for name changes. The Ramsey County self-help office can be reached at (651) 266-8256. If Hennepin County is the county of Plaintiff's residence, a similar self-help center is located on the Public

Service/Skyway Level of the Hennepin County Government Center, 300 South 6th Street, Minneapolis, MN.  The Hennepin County self-help office can be reached at (612) 348-9399.

In the event Plaintiff secures a court order for a name change from the state court, Plaintiff will then be able to present the signed court order to the Minnesota Department of Public Safety, Driver and Vehicle Services, to obtain a name change on her Minnesota driver's license, and to the Social Security Administration to obtain a name change on her Social Security Card.

Based upon the forgoing, and having reviewed the Petition and the entire file, **IT IS HEREBY RECOMMENDED** that:

(1) Plaintiff's Petition of Name Correction (Doc. No. 1) be **DISMISSED**.

(2) The Clerk of Court be directed to return the $39.00 filing fee submitted by Plaintiff for the filing of this miscellaneous case.

Dated: January 10, 2007                                                   s/Jeanne J. Graham

                                                                          _____
                                                                          Jeanne J. Graham
                                                                          United States Magistrate Judge

Pursuant to D. Minn. LR 72.2(b), any party may object to this Report and Recommendation by filing and serving specific, written objections by January 30, 2007.  A party may respond to the objections within ten days after service thereof.  Any objections or responses filed under this rule shall not exceed 3,500 words.  A District Judge shall make a de novo determination of those portions to which objection is made.  Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the United States Court of Appeals for the Eighth Circuit.