## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re matter of Bong Sik Kang,        Case No.: 07-MC-0003 (DSD/JJG)

    Plaintiff.

**ORDER**

Based upon the Report and Recommendation by United States Magistrate Judge Jeanne J. Graham dated January 10, 2007; all the files, records, and proceedings herein; and no objections having been filed to that Report and Recommendation;

**IT IS HEREBY ORDERED** that:

(1)    Plaintiff's Petition of Name Correction (Doc. No. 1) is **DISMISSED**.

(2)    The Clerk of Court is directed to return the $39.00 filing fee submitted by Plaintiff for the filing of this miscellaneous case.

Dated: February 2, 2007

                                                  s/David S. Doty
                                                  DAVID S. DOTY
                                                  United States Senior District Judge